IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:08CR354 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| LAURA J. ADLER, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the defendant's unopposed oral motion to extend self-surrender date, for defendant Laura J. Adler, until February 15, 2011. Following a phone conference regarding this matter, the court finds the motion should be granted.

THEREFORE, IT IS ORDERED that the defendant's oral motion is granted, and defendant Laura Adler shall self-surrender on or before February 15, 2011.

DATED this 17th day of November, 2010.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge