IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAURA J. ADLER, )<br>)<br>Defendant. )<br>) | 8:08CR354<br><br>ORDER |

This matter is before the court on the parties' joint oral motion to extend the self-surrender date for the defendant, Laura J. Adler. After considering this matter, the court finds the motion should be granted.

THEREFORE, IT IS ORDERED that the defendant's self-surrender date to the Bureau of Prisons is extended from February 15, 2011, until **on or before May 3, 2011.**

DATED this 2nd day of February, 2011.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge