IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                          )<br>            Plaintiff,                      )<br>                                                          )<br>     v.                                              )<br>                                                          )<br>LAURA J. ADLER,                         )<br>                                                          )<br>            Defendant.                   )<br>                                                          ) | 8:08CR354<br><br><br>ORDER |

This matter is before the court on the defendant's unopposed third Motion Requesting Order Extending Self-Surrender Date (Filing No. 76). After considering this matter, the court finds the motion should be granted.

THEREFORE, IT IS ORDERED that the defendant's self-surrender date to the Bureau of Prisons is extended from **May 3, 2011,** until **on or before June 21, 2011.**

DATED this 28th day of April, 2011.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge